## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIE H. & DONNA L. LORAH, *individually and on behalf of all those similarly situated*, | : : : : |
| Plaintiffs, | : Civil Action : No. 08-0703 |
| v. | : : |
| SUNTRUST MORTGAGE, INC., *et al.*, | : : |
| Defendants. | : |

## ORDER

**AND NOW**, this **17th** day of December, 2010, Defendant's Motion to Dismiss (Docket No. 20) is **GRANTED** with prejudice. The Clerk of Court shall mark this case closed for all purposes, including statistics.

BY THE COURT:

/s/ C. Darnell Jones II

C. DARNELL JONES II
UNITED STATES DISTRICT JUDGE